**No. 51431.**—Protests 124497–K, etc., of Equitable Trading Corp. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.